PD-0078-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/6/2015 9:37:37 AM
Accepted 8/6/2015 9:41:15 AM
ABEL ACOSTA
CLERK



1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.368.9278 eFax

August 6, 2015

FILED IN
COURT OF CRIMINAL APPEALS

August 6, 2015

ABEL ACOSTA, CLERK

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
201 West 14th St., Room 106
Austin, TX 78701

Re: *State of Texas v. Jose Vasquez*, CCA No. PD-0078-15

To the Clerk of the Court:

I will be appearing for oral arguments on behalf of Jose Vasquez in the above styled cause number on September 16, 2015.

Sincerely,
/s Mark Kratovil
Assistant Public Defender

cc: Eric Kugler (via eFile Texas)